THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS RENFORD, Appellant. [751 NYS2d 429] —Appeal from a judgment of Monroe County Court (Kohout, J.), entered July 16, 2001, convicting defendant upon his plea of guilty of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed for reasons stated in decision at suppression court, Kohout, J. Present—Green, J.P., Pine, Hurlbutt, Burns and Gorski, JJ.